UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-CV-61031-SEITZ-O'SULLIVAN

DANIEL TURNER,

      Plaintiff,

v.

LAZAROU ENTERPRISES, INC.,
a Florida corporation,

      Defendant.
_____/

## DEFENDANT, LAZAROU ENTERPRISES, INC.'S MOTION TO DISPENSE WITH MEDIATION OR FOR MEDIATION BEFORE A MAGISTRATE JUDGE

      Defendant, LAZAROU ENTERPRISES, INC., a Florida corporation ("Lazarou"), by and through undersigned counsel, and pursuant to the Federal Rules of Civil Procedure, and the Local Rules of the United States District Court for the Southern District of Florida, hereby files its Motion to Dispense with Mediation or for Mediation before a Magistrate Judge and in support thereof, states as follows:

      Lazarou is a small, family owned business whose only asset consists of Flashback Diner, a Hallandale Beach establishment worth less than $150,000.00. [*Decl. Lazarou-Amanna*, D.E. 13 at Exhibit "A"]. Plaintiff seeks to certify this matter as a class action which would result in a crippling judgment in the millions of dollars that would bankrupt Lazarou. *Id.*

      To avoid this inequitable result, Lazarou has sought to settle this matter with plaintiff by offering to have judgment entered against it for the amount of $1,000 in statutory damages, which is the most Plaintiff can hope to recover herein, along with an award of reasonable attorneys' fees and costs to be awarded by the Court. [D.E. 16-2]. Plaintiff has refused.

      Under these circumstances there is little possibility that mediation before a mediator will

be successful in resolving this matter. Mediation before a Magistrate Judge of this Court may be successful as the Magistrate Judges of the Southern District of Florida are familiar with court practices and how cases such as this one brought under the Fair and Accurate Credit Transactions Act ("FACTA") have been handled in the past, and a Magistrate Judge is in the best position to advise the parties as to what reasonable expectations they should have regarding possible outcomes. Moreover, in this difficult economy, the costs associated with a failed attempt at mediation, no matter how small, are still too large for the parties to bear in a case such as this one.

Pursuant to Local Rule 7.1 the undersigned first corresponded with opposing counsel by email regarding the relief requested herein but counsel refused to agree.

Wherefore, this Court should enter an order dispensing with mediation or ordering mediation take place before a Magistrate Judge of this Court, and grant such other and further relief that this court deems just and proper.

Respectfully submitted,
SEIDEN, ALDER, MATTHEWMAN & BLOCH, P.A.
Attorneys for Defendant
7795 NW Beacon Square Blvd., Suite 201
Boca Raton, Florida  33487
Telephone:    (561) 416-0170
Facsimile:     (561) 416-0171

By: /s/ Misha J. Kerr
     Joel B. Rothman
     Florida Bar No. 0098220
     jrothman@seidenlaw.com
     Misha J. Kerr
     Florida Bar No. 39652
     mkerr@seidenlaw.com

*Turner v. Lazarou Enterprises, Inc.*
*Case No. 08-CV-61031-SEITZ-O'SULLIVAN*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___17th___ day of December, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

SEIDEN, ALDER, MATTHEWMAN & BLOCH, P.A.
Attorneys for Defendant
7795 NW Beacon Square Blvd., Suite 201
Boca Raton, Florida 33487
Telephone: (561) 416-0170
Facsimile: (561) 416-0171

By: /s/ Misha J. Kerr
    Joel B. Rothman
    Florida Bar No. 0098220
    jrothman@seidenlaw.com
    Misha J. Kerr
    Florida Bar No. 39652
    mkerr@seidenlaw.com

*Turner v. Lazarou Enterprises, Inc.*
*Case No. 08-CV-61031-SEITZ-O'SULLIVAN*

## SERVICE LIST
**DANIEL TURNER, Plaintiff, v. LAZAROU ENTERPRISES, INC., a Florida corporation, Defendant.**
**CASE NO.  08-CV-61031-SEITZ-O'SULLIVAN**
**United States District Court, Southern District of Florida**

Matthew J. Militzok, Esq.
Florida Bar No. 0153842
mjm@mllawfl.com
Militzok & Levy, P.A.
The Yankee Clipper Law Center
3230 Stirling Road, Suite 1
Hollywood, Florida 33021
Telephone: 954-727-8570
Facsimile: 954-241-6857
(Attorneys for Plaintiff)

W:\1146.001\Pleadings\Motion to Dispense with Mediation or for Mediation before Magistrate Judge (sb).wpd